```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| QUINCY MUTUAL FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>SCRIPTO USA,<br><br>          Defendant. | Civil Action No. 07-00551 (JBS)<br><br>ORDER |

This matter having come before the Court on the motion for summary judgment by Defendant Scripto USA [Docket Item 11] pursuant to Fed. R. Civ. P. 56(b); the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown,

IT IS this __**28th**__ day of **August, 2008** hereby

ORDERED that the motion for summary judgment shall be, and hereby is, **GRANTED**, and the case shall be closed upon the docket.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge